1118

No. 11–6832. STEVENS v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 11–6833. DIAZ-BEY v. HILL ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6839. PETERSON v. MCKENNA, ATTORNEY GENERAL OF WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 11–6840. NGUYEN v. FELKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6841. MCGREW v. VANNOY ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–6845. PARKER v. PERRY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6851. ANDERSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–6854. VANN v. WIENEKE ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–6858. THORNE-EL v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 11–6862. SELDEN v. FLORIDA ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 11–6867. CRAWFORD v. DAVIS ET AL. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 11–6884. DAVIS v. GRAY ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6885. ELLIS v. PARKER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 11–6886. DESHAY v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 11–6887. CHARLEY v. ORANGEBURG COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.